**Gertrude C. AGUILAR, Appellant–Respondent,**

v.

**Jesse RIVERA, et ux, Respondent–Appellant.**

**Nos. WD 58621, WD 58692.**

Missouri Court of Appeals, Western District.

Nov. 20, 2001.

Creath S. Thorne, St. Joseph, MO, Attorney for Appellant/Respondent.

Bruce D. Enlow, St. Joseph, MO, Attorney for Respondent/Appellant.

Before SMART, P.J., LOWENSTEIN and ELLIS, JJ.

***ORDER***

PER CURIAM.

The plaintiff, Gertrude Aguilar, filed an amended petition for accounting concerning two monetary transfers she made to the defendant, Jesse Rivera and his wife. In a bench trial, the court found that the first transfer of $10,000 was a "gift" from Aguilar to Rivera and that the second transfer of $6,000 was pursuant to a "power of attorney" and thus owed to Aguilar

by Rivera. Both parties appealed. The judgment is affirmed. Rule 84.16(b).